DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LOUIE WISE,**
Appellant,

v.

**623 RENTAL PROPERTIES, LLC,**
as assignee of Seaside National Bank and Trust, and
**CLASSIC AUTO HOLDINGS, LLC,** a Florida limited liability company,
Appellees.

No. 4D18-659

[March 14, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Barbara W. Bronis, Judge; L.T. Case No. 43-2015-CA-000445.

Robert S. Gershman of Gershman & Gershman, P.A., Delray Beach, for appellant.

Jeffrey J. Saunders and Michael J. Cristoforo of Crary Buchanan, P.A., Stuart, for appellee, 623 Rental Properties, LLC.

PER CURIAM.

*Affirmed.*

GERBER, C.J., TAYLOR and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***